DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NEXTGEN RESTORATION, INC., a/a/o FAIZA HASSANI,

Appellant,

v.

FLORIDA INSURANCE GUARANTY ASSOCIATION
as statutory guarantor of covered claims from
FLORIDA SPECIALTY INSURANCE COMPANY,

No. 2D22-3028

_____

December 13, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Nicholas A. Shannin and Carol B. Shannin of Shannin Law Firm, P.A., Orlando, for Appellant.

Dorothy DiFiore of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee.


PER CURIAM.

     Affirmed.


SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.